1  KINDRA DENEAU (State Bar No. 024156)
2  7135 East Camelback Rd., Suite 230
   Scottsdale, Arizona 85251
3  Telephone:  (480) 306-5977
4  Facsimile:  (602) 626-3504

5  *Of Counsel to*
6  Lemberg & Associates LLC
   A Connecticut Law Firm
7  1100 Summer Street
8  Stamford, CT  06905
   Telephone:  (203) 653-2250
9  Facsimile:  (203) 653-3424

10
   Attorneys for Plaintiff,
11 Mark Radtke

12

13              UNITED STATES DISTRICT COURT

14              FOR THE DISTRICT OF ARIZONA

15

16 Mark Radtke,                      Case No.: 2:11-cv-00313-JAT

17           Plaintiff,              **NOTICE OF SETTLEMENT**

18     vs.

19
   National Credit Systems, Inc.; and DOES
20 1-10, inclusive,

21
              Defendants.
22

23

24

25

26

27

28

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days.

Plaintiff
 /s/ Kindra Deneau

KINDRA DENEAU
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On May 2, 2011, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on April 29, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants National Credit Systems, Inc.** |

Ron Sapp
Vice President of Operations
National Credit Systems, Inc.
678-244-2841
Rsapp@nationalcreditsystems.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

1   I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 2, 2011.

                               */s/ Kindra Deneau*
                               KINDRA DENEAU
                               Attorney for Plaintiff