# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Mark Radtke, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV 11-313-PHX-JAT |
| v. | ) | |
| | ) | |
| National Credit Systems Incorporated, | ) | |
| | ) | |
| Defendant(s). | ) | |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated June 7th 2011, judgment is entered dismissing this case with prejudice.

RICHARD H. WEARE
District Court Executive/Clerk

June 30, 2011

s/Kathy Gerchar
By: Deputy Clerk

cc: (all counsel)